**Order entered March 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01472-CV

**HEATHER DOBROTT, Appellant**

**V.**

**JEVIN, INC., A TEXAS CORPORATION; AND DANIEL E. PTAK, AN INDIVIDUAL, Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00984-2017**

## ORDER

The reporter's record in this accelerated case is past due. By postcard dated January 22, 2018, we notified Sheri J. Vecera, Official Court Reporter for the 199th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within ten days. By letter dated February 14, 2018, appellant informed the Court of her attempts to contact Ms. Vecera, regarding the cost and status of the reporter's record. According to appellant, Ms. Vecera failed to respond to her requests for information regarding the recorder's record.

Accordingly, we **ORDER** Sheri J. Vecera, to deliver to this Court, within **FIVE DAYS** of the date of this order, a copy of her written communication with appellant regarding the status

of the reporter's record. We additionally **ORDER** Sheri J. Vecera to file the reporter's record within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Angela Tucker
Presiding Judge
199th Judicial District Court

Sheri Vecera
Official Court Reporter
199th Judicial District Court

All parties

/s/      CAROLYN WRIGHT
         CHIEF JUSTICE